BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6824
    Fax: (415) 436-6753
    scott.joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-00051 JST |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FROM APRIL 22, 2016 TO APRIL 29, 2016 |
| v. | |
| JEFFREY MENNIES, | |
|     Defendant. | |

    The defendant, Jeffrey Mennies, represented by Richard G. Hullinger, and the government, represented by Assistant United States Attorney Scott D. Joiner, hereby stipulate and agree as follows:

    1.    The matter is currently set for a hearing on the defendant's motion to suppress on April 22, 2016 at 9:30 AM.

    2.    Counsel for the defendant, Mr. Garrick Lew, recently passed away unexpectedly.

    3.    Counsel for the government now has a scheduling conflict and will be out of the district at the United States Attorney's Office in San Diego, CA, on April 22, 2016.

    4.    The parties therefore jointly request that the hearing on defendant's motion to suppress be continued until April 29, 2016, at 11:00 AM in San Francisco, a date which the courtroom deputy has

1  indicated is available for special setting.

2  **SO STIPULATED.**

3  Date: March 30, 2016                                     BRIAN J. STRETCH
                                                            United States Attorney
4

5                                                            _____/s/_____
                                                            SCOTT D. JOINER
6                                                           Assistant United States Attorney

7

8  Date: March 30, 2016

9                                                            _____/s/_____
                                                            RICHARD G. HULLINGER
10                                                          Attorney for Jeffrey Mennies

STIP. AND ~~[PROPOSED]~~ ORDER CONTINUING HEARING
Case No. CR 15-00051-JST

1

## **[PROPOSED]** ORDER

2  Pursuant to stipulation, IT IS HEREBY ORDERED that the hearing on defendant's motion to
3 suppress, which is currently scheduled for April 22, 2016, will be continued to April 29, 2016, at 11:00
4 AM in Courtroom 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco
5 California.

6

7

8 DATED: March 30, 2016_____                    _____
9                                                   Hon. Jon S. Tigar
                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING HEARING
Case No. CR 15-00051-JST